# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PAu 3-655-057**

Effective date of registration:

May 24, 2012

## Title
**Title of Work:** Fire With Fire

## Completion/Publication
**Year of Completion:** 2012

## Author
- **Author:** Georgia Film Fund Four, LLC
- **Author Created:** Motion picture/audiovisual
- **Work made for hire:** Yes
- **Domiciled in:** United States

## Copyright claimant
**Copyright Claimant:** Georgia Film Fund Four, LLC
8200 Wilshire Blvd Third Floor, Beverly Hills, CA, 90211, US

## Limitation of copyright claim
**Material excluded from this claim:** Text
**Previous registration and year:** PAu 3-564-612    2011
**New material included in claim:** Motion picture/audiovisual

## Rights and Permissions
**Organization Name:** Georgia Film Fund Four, LLC
**Address:** 8200 Wilshire Blvd Third Floor
Beverly Hills, CA 90211

## Certification
**Name:** Robert Abramoff
**Date:** May 23, 2012

**EXHIBIT B**

Page 1 of 2

**Registration #:**   PAU003655057
**Service Request #:**   1-772136472



Burgee & Abramoff
Robert Abramoff
20501 Ventura Blvd Suite 262
Woodland Hills, CA 91364