**RECEIVED**
8/5/2013   AUG 0 8 2013
**BY MAIL**

Recipients:
**To United States Eastern District of MO (Case #: 4:13 CV 832 TIA), Charter Communications, Edward C. Cody Attorney at law:**

I object to the release of any and/or all my information held by Charter. I have spoken with charter directly as well and have verbally told them not to release any of my information. I thank you for your time and consideration regarding this matter.

Court Case Number: 4:13 CV 00832 TIA
Charter Case Number: 13-2110


Signed,

Doe #16


PS. A copy of this letter has been sent to Charter & Attorney!

Signed, DOE 16
Doe #16



U.S. POSTAGE PAID
ST LOUIS, MO
63130
AUG 07, 13
AMOUNT
$3.56
0006414109

63102
1000

USA ⊕ District Court of MO (E. Div.)
CN: 4:13 CV 832 TIA ; Doc #16
111 S. 10th St
STL MO, 63102

RECEIVED
AUG 0 8 2013
BY MAIL

6310211 2599



CERTIFIED MAIL™

7012 3460 0003 7303 8481

J. Doe 9-1