RECEIVED
AUG 12 2013
BY MAIL

DATE: August 6th, 2013

GEORGIA FILM FUND FOUR, LLC,
A California Corporation,

Plaintiff,

v.

DOES 1-75,

Defendants.

In the United States District Court Eastern District of Missouri Eastern Division
*Case Number: 4:13 CV 832 TIA*

*IP Address: 97.86.18.15*

**OBJECTIONS TO NOTICE OF CHARTER DISCLOSING MY ACCOUNT INFORMATION TO COURT**

This is a letter objecting to the notice for Charter to disclose my account information to the court. This letter is to formally oppose/object to the disclosure of any and all information being released regarding my IP Address, name, personal address, e-mail address, IP log and any other personal information in the court as this would be an invasion of privacy.

Respectfully Submitted,

Anonymous

St. Louis - Eastern Division
Thomas F. Eagleton Courthouse
111 South 10th Street Suite 3300
St. Louis, MO 63102

RECEIVED
AUG 12 2013
BY MAIL