IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| GEORGIA FILM FUND FOUR, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 4:13-cv-00832-TIA |
| | ) | |
| v. | ) | |
| | ) | |
| DOES 1 - 75, | ) | |
| | ) | |
| Defendants. | ) | |

**<u>NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE</u>**

Notice is hereby given that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Georgia Film Fund Four, LLC. hereby voluntarily dismisses the instant case against Doe 6 with prejudice.  This notice of dismissal is filed before Doe 6 has filed an answer. Each party will bear their own costs.

        Respectfully Submitted,

        LAW OFFICE OF
        JOAN M. SWARTZ, LLC


        By  */s/ Joan M. Swartz*
        Joan M. Swartz, #4508
        8050 Watson Road, Suite 355
        St. Louis, Missouri  63119
        314-471-2032
        FAX 314-270-8103
        jms@jmsllc.com

        *Attorney for Plaintiff Georgia Film Fund Four, LLC*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on August 28, 2013 the foregoing document was electronically filed via the Court's CM/ECF upon all of record:

_/s/ Joan M. Swartz_